UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   CR04-340 TSZ |
| ) | |
| v. ) | |
| ) | |
| QUANG NGOC NGO ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |

Offense charged:

Conspiracy to Engage in Bulk Cash Smuggling, in violation of Title 31, U.S.C.,

Sections 5332(a) and 5332(b)(1).

Date of Detention Hearing: November 29, 2005

The Court, having conducted an uncontested detention hearing pursuant to Title

18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for

detention hereafter set forth, finds that no condition or combination of conditions which the

defendant can meet  will reasonably assure the appearance of the defendant as required and

the safety of any other person and the community.  The Government was represented by

Todd Greenberg.  The defendant was represented by Erika Lugo.

//

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     The defendant represents a risk of nonappearance due to the following: he is a citizen and national of Canada; his ties to the Western District of Washington are unknown/unverified; and The Bureau of Immigration, Customs and Enforcement ("BICE") has filed a detainer.

(2)     The defendant represents a risk of danger based on the nature of the instant offense.

(3)     The defendant does not contest detention.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//

DETENTION ORDER
PAGE -2-

(4)     The clerk shall direct copies of this order to counsel for the United
        States, to counsel for the defendant, to the United States Marshal, and to
        the United States Pretrial Services Officer.

DATED this 12th day of December, 2005.


_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-